**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Gitty Polatsek, individually and on behalf of all
others similarly situated,

Docket No: 7:19-cv-07125-KMK

Plaintiff,

-against-

Transworld Systems Inc.,

Defendant.

**NOW COMES** the Plaintiff(s) Gitty Polatsek, individually and on behalf of all others
similarly situated, by and through counsel, to provide Notice to the Court that the present cause
has been settled between the parties, and:

**WHEREFORE,** a settlement agreement ("Agreement") is in the process of being finalized,
and upon payment of the settlement amount, the parties will submit a Stipulation of Voluntary
Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

As such, the parties request:

1. The Court stay this case and adjourn all deadlines and conferences; and

2. The Court deny, without prejudice, any outstanding motions; and

DATED: January 24, 2020

**BARSHAY SANDERS, PLLC**

By: */s David M. Barshay*
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*

Granted.

So Ordered.

1/25/20

*(handwritten, left margin, vertical)* Barshay Sanders PLLC